IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. TDC-21-0500 |
| | * | |
| WILLIE LAMONT HICKS and | * | |
| MARY ANN MENDOZA, | * | |
| | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*

## GOVERNMENT'S CORRESPONDENCE REGARDING NOTICE OF CORRECION

The United States of America, by and through undersigned counsel, files this Correspondence pursuant to the colloquy with the Court on the first day of jury trial, September 26, 2023, regarding the Government's Notice of Correction, ECF No. 125.

The attached documents, which are from the Government's trial exhibits, overlap with the Gwinnett County "cashier's cheques" in the nature, manner, and means of the charged scheme, including its goal (attempting to pay for financial obligations through false instruments), language (directing the receiving entity with instructions on how the instrument should be used, "discharge of debt," numerous references to the UCC and IRS), and specific forms used in the charged conspiracy (Forms 1099-OIDs).  Highlighting has been added to the exhibits for reference.

Respectfully submitted,

Erek L. Barron
United States Attorney


            /s/
Coreen Mao
G. Michael Morgan, Jr.
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, and served on defense counsel of record for defendant Mendoza and standby counsel for defendant Hicks via electronic filing.

Dated:  September 27, 2023        By:   /s/
                                                      Coreen Mao
                                                      Assistant United States Attorney